```
                                    FILED
                              2010 JUN -7 PM 1:10
                              CLERK US DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09cr3480-BTM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER REGARDING RESTITUTION |
| v. | ) | |
| MAURICE WOODS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Defendant, Maurice Woods, pay restitution in the amount of $15,600.00 (fifteen thousand, six hundred) to Tyller Williams, the victim, through the Clerk, U.S. District Court. Payment of restitution shall be forthwith. During the defendant's incarceration the defendant shall pay restitution through the Inmate Responsibility Program, at the rate of ~~50% of the defendant's income, or~~ $25.00 per quarter~~, whichever is greater~~. The defendant shall pay the restitution during his period of supervised release at the rate of $200.00 per month, and it may be increased or decreased based upon changed circumstances as ordered by the Court. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.

In order to receive reimbursement, the victim must provide receipts showing the amount spent for travel for him and/or his parents to and from Court and/or receipts showing the psychological/counseling sessions actually completed. The amount of restitution covers a maximum of 104 sessions @$150.00 per hour. Counseling must be completed within 10 years from the date of

1 sentencing or March 11, 2020. ~~The Clerk may pay restitution only if there is sufficient funds in defendants' restitution account.~~

2 Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United

3 States Attorney's Office of any change in the defendant's mailing and residence address, no later than

4 thirty (30) days after the change occurs.

DATED: June 5, 2010

HONORABLE BARRY TED MOSKOWITZ
United States District Judge